STATE OF NEW JERSEY v. FERDINAND M. ACERRA.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD CORE.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE GREEN.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER MOSLEY.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CROWLEY.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LEROY FLETCHER.

October 8, 1976. Petition for certification denied.